Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIJAH WABNITZ, <br><br> Plaintiff, <br><br> v. <br><br> RENTON COLLECTIONS, INC., <br><br> Defendant. | NO. 2:17-cv-01320-MJP <br><br> STIPULATION AND <br><br> ORDER GRANTING AMENDMENT TO COMPLAINT <br><br> NOTE ON MOTION CALENDAR <br><br> September 18, 2017 |

## STIPULATION

The parties, by and through undersigned counsel, hereby stipulate that Plaintiff may amend his Complaint, pursuant to Fed. R. Civ. P. 15(a)(2), to add and correct mislabeled exhibits and references thereto. Pursuant to Local Rule 15, Plaintiff attaches his proposed amended complaint as Exhibit 1.

DATED this 18 day of September, 2017.

| | |
|---|---|
| Hasson Law, LLC <br> Attorneys for Defendant | Anderson Santiago PLLC <br> Attorneys for Plaintiff |
| By /s/ Jeff Hasson <br> Jeff Hasson, WSBA #23741 | By /s/ T. Tyler Santiago <br> T. Tyler Santiago, WSBA #46004 |

STIPULATION TO AMENDMENT OF COMPLAINT — 1
NO. 2:17-cv-01320-MJP

Anderson | Santiago
787 MAYNARD AVENUE SOUTH
SEATTLE, WA 98104
(206) 395-2665

## ORDER

This matter having come on for consideration on the foregoing Stipulation of the parties, the Court orders as follows:

ORDERED, ADJUDGED and DECREED that Plaintiff may amend his Complaint as stated in Exhibit 1.

IT IS SO ORDERED.

DATED this 18th day of September, 2017.

Marsha J. Pechman
United States District Court Judge

Jointly presented by:

Anderson Santiago PLLC
Attorneys for Plaintiff

By /s/ T. Tyler Santiago
T. Tyler Santiago, WSBA #46004
787 Maynard Ave. S.
Seattle, Washington 98104
Telephone: (206) 395-2665

Hasson Law, LLC
Attorneys for Defendant

By s/ Jeff Hasson
Jeff Hasson, WSBA #23741
12707 NE Halsey St.
Portland, OR 97230
Telephone: (503) 255-5352

STIPULATION TO AMENDMENT OF COMPLAINT — 2
NO. 2:17-cv-01320-MJP

Anderson | Santiago
787 MAYNARD AVENUE SOUTH
SEATTLE, WA 98104
(206) 395-2665